Filed at _11:00 A_ M
_1/12_, 20_17_

_BCL_
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

STEVON DAVIS,

      CASE NO.: 7:16-CV-00212-WLS

    Plaintiff,

vs.

TIM CREWS CONSTRUCTION
COMPANY, INC., A GEORGIA
CORPORATION, AND TIM
CREWS, INDIVIDUALLY,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS WITHOUT PREJUDICE

Plaintiff, STEVON DAVIS, by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files his Notice of Voluntary Dismissal of the above-styled cause without prejudice.

Dated this 9th day of January, 2017.

                /s/ **C. RYAN MORGAN**
                C. Ryan Morgan, Esq.
                Georgia Bar No. 711884
                Morgan & Morgan, P.A.
                20 N. Orange Ave., 14th Floor
                P.O. Box 4979
                Orlando, FL 32802-4979
                Telephone: (407) 420-1414

      Facsimile: (407) 245-3401
      Email:   RMorgan@forthepeople.com
      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: TIM CREWS CONSTRUCTION COMPANY, INC., A GEORGIA CORPORATION, AND TIM CREWS, INDIVIDUALLY at 1361 Nash Rd., Nashville, GA 31639 this 9th day of January, 2017.

      /s/ **C. RYAN MORGAN**
      C. Ryan Morgan, Esq.

SO ORDERED this 11th day of January, 2017.

W. Louis Sands, Sr. Judge
United States District Court